**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**www.flmb.uscourts.gov**

In re:

| | |
|---|---|
| Mark Allen Lavender,<br>Debtor.[1] | Case No. 8:23-bk-03648-RCT<br>Chapter 13 |

_____/

**MOTION TO DETERMINE SECURED**
**STATUS OF CLAIM HELD BY UNITED BANK**

---

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N. Florida Ave., Ste. 555, Tampa, FL 33602 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

---

Debtor, by and through the undersigned counsel, pursuant to 11 U.S.C. § 506(a) and Fed. R. Bankr. P. 3012, hereby files this *Motion to Determine Secured Status of Claim Held by United Bank*. In support thereof, Debtor states as follows:

1. On August 22, 2023, Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. Debtor listed the following personal property in Debtor's bankruptcy schedules: Solar panel system (the "Property").

---

[1] References to "Debtor" include and refer to both debtors in a case filed jointly by two individuals.

3. The fair market value of the Property is $21,300.00 (see Exhibit A).

4. The Property is encumbered by a lien payable to United Bank ("Creditor") and totaling $31,382.57 (Claim No. 7).

5. Creditor holds a partially secured claim of $21,300.00 and an unsecured claim of $10,082.57.

WHEREFORE, Debtor requests the entry of an order: (i) granting this motion; (ii) determining that the value of the Property is $21,300.00; (iii) determining that Creditor's secured claim is $21,300.00; (iv) determining that Creditor's unsecured claim is $10,082.57; and (v) any other relief the Court deems appropriate.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on or before February 29, 2024, a true and correct copy of the foregoing was served upon the following parties by CM/ECF electronic mail or by U.S. Mail, first-class, postage pre-paid:

United States Trustee - TPA7/13 7
Timberlake Annex, Ste. 1200
501 E. Polk St.
Tampa, FL 33602-3949

Kelly Remick Chapter 13 Trustee
Chapter 13 Trustee
P.O. Box 89948
Tampa, FL 33689-0416

Mark Allen Lavender
28117 Lindenhurst Dr
Wesley Chapel, FL 33544

Service Finance Co., LLC
555 S. Fed. Hwy., #200
Boca Raton, FL 33432

United Bank
c/o Service Finance Co., LLC
Attn: Gary C. Lobban
555 S. Fed. Hwy., #200
Boca Raton, FL 33432

United Bankshares, Inc.
Attn: Richard M. Adams, Jr., CEO
300 United Center
55 Virginia St. E.
Charleston, WV 25301

*/s/ Jay Weller*
Jay M. Weller, Esq.
Florida Bar No. 985856
WELLER LEGAL GROUP, P.A.
25400 U.S. 19 N., Ste. 150
Clearwater, FL 33763
T: (727) 539-7701
E: jweller@wellerlegalgroup.com